**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **QHC Facilities, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2923180** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8350 Hickman Rd. Suite 15**<br>**Clive, IA 50325**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.qhcmcares.com**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **QHC Facilities, LLC**                                      Case number (*if known*) _____
              Name

**7.** **Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>6231</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **QHC Facilities, LLC**
_____   Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**   Relationship _____

District _____   When _____   Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **QHC Facilities, LLC**            Case number (*if known*)
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __QHC Facilities, LLC__        Case number (*if known*) _____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 29, 2021__
            MM / DD / YYYY

**X** /s/ Nancy A. Voyna _____      Nancy A. Voyna _____
     Signature of authorized representative of debtor      Printed name

Title    **Managing Member** _____

---

**18. Signature of attorney**

**X** /s/ Jeffrey D. Goetz _____      Date __December 29, 2021__
     Signature of attorney for debtor                            MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone   **515-246-5817** _____    Email address   **goetz.jeffrey@bradshawlaw.com** _____

**AT0002832 IA** _____
Bar number and State

Debtor    **QHC Facilities, LLC**
Name

Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number (*if known*) _____    Chapter **11**

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Crestridge, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **Crestview Acres, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Fort Dodge Villa, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Humboldt North, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Humboldt South, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Madison Square LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Management, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Mitchellville, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Villa Cottages, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Winterset North, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **QHC Facilities, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2021**        X *⁄s⁄ Nancy A. Voyna*
                                            Signature of individual signing on behalf of debtor

                                            **Nancy A. Voyna**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **QHC Facilities, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL 60673-1247** | | | | | | **$73,168.23** |
| **QBE INSURANCE CORP PO BOX 5438 NEW YORK, NY 10087-5438** | | | | | | **$28,871.16** |
| **AUREON TECHNOLOGIY WYNFIELD BUILDING 7760 Office Plaza Dr. S WEST DES MOINES, IA 50266** | | | | | | **$17,058.52** |
| **BCG RESEARCH 2600 72ND STREET URBANDALE, IA 50322** | | | | | | **$8,354.28** |
| **WELLMARK BC AND BS OF IOWA PO BOX 14456 DES MOINES, IA 50306** | | | | | | **$7,593.63** |
| **WEST BEND MUTUAL INSURANCE COMPANY BIN 432 MILWAUKEE, WI 53288-0432** | | | | | | **$7,555.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **QHC Facilities, LLC**
_____

Case number _(if known)_ _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Assured Partners Insurance 4200 University Ave West Des Moines, IA 50266** | | | | | | **$6,809.00** |
| **THE CE SOLUTIONS GROUP PO BOX 2817 WATERLOO, IA 50704-2817** | | | | | | **$5,885.00** |
| **VALLEY WEST UNIFORMS 4100 UNIVERSITY AVE, SUITE 230 WEST DES MOINES, IA 50266** | | | | | | **$5,234.98** |
| **ABILITY NETWORK INC. PO BOX 856015 MINNEAPOLIS, MN 55485-6015** | | | | | | **$3,644.67** |
| **QUADIENT FINANCE USA INC PO BOX 6813 CAROL STREAM, IL 60197-6813** | | | | | | **$2,371.65** |
| **GUARDIAN PO BOX 677458 DALLAS, TX 75267-7458** | | | | | | **$1,240.94** |
| **PARADIGM BENEFITS 300 E BREMER AVE. WAVERLY, IA 50677** | | | | | | **$1,000.00** |
| **WEBSPEC DESIGN 5907 MEREDITH DRIVE URBANDALE, IA 50322** | | | | | | **$360.00** |
| **POINTCLICKCARE TECHNOLOGIES INC. PO BOX 674802 DETROIT, MI 48267-4802** | | | | | | **$332.25** |
| **AFLAC ATTENTION: REMIT PROCESS SERV. 1932 Wynnton Rd. COLUMBUS, GA 31993-0797** | | | | | | **$191.52** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **QHC Facilities, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LAMAIR MULOCK CONDON CO. 4200 UNIVERSITY AVENUE, SUITE 200 WEST DES MOINES, IA 50266-5945** | | | | | | **$101.00** |
| **Estate of Gladys Mae VanSickle c/o John T. Hemminger, Esq. 2454 SW 9th St. Des Moines, IA 50315** | | **Compensation for damages stemming from lawsuit filed in Polk County Case No. LACL151446** | **Disputed** | | | **$0.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Notice Purposes Only** | | | | **Unknown** |
| **Iowa Department of Revenue Hoover State Office Building PO Box 10471 Des Moines, IA 50306-0471** | | **Notice Purposes Only** | | | | **Unknown** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

**Fill in this information to identify the case:**

Debtor name   **QHC Facilities, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | **Summary of Assets** |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $    **1,009,701.31**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $    **1,009,701.31**

| Part 2: | **Summary of Liabilities** |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **26,201,196.01**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **169,771.83**

4. **Total liabilities** ...........................................................................................................................
Lines 2 + 3a + 3b    $    **26,370,967.84**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **QHC Facilities, LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Lincoln Savings Bank - General Operating Account** | **Checking** | **5741** | $133,262.51 |
| 3.2. | **Access Bank** | **Operating checking account** | **2300** | $874,346.33 |
| 3.3. | **Access Bank** | **Payroll Checking** | **2400** | $0.00 |
| 3.4. | **Lincoln Savings Bank** | **Checking - Zero Balance Account** | **6955** | $0.84 |
| 3.5. | **Access Bank** | **Money Market** | **2259** | $2,091.63 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,009,701.31 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **QHC Facilities, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **QHC Facilities, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **QHC Facilities, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,009,701.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,009,701.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,009,701.31 |

**Fill in this information to identify the case:**

Debtor name  **QHC Facilities, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CHRYSLER CAPITAL**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2017 Jeep SUV** | **$1,196.01** | **$5,000.00** |

**2.1** **CHRYSLER CAPITAL**
Creditor's Name

**PO BOX 660335**
**DALLAS, TX 75266-0335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Jeep SUV**

Describe the lien
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,196.01**    Column B: **$5,000.00**

---

**2.2** **Kenneth A. Webb Family Trust**
Creditor's Name

**C/o Jeff Schneidman, Esq. Trustee**
**Plattner Schneidman Law Firm**
**9141 E. Hidden Spur Trail**
**Scottsdale, AZ 85255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 1, 2011**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Junior and subordinate blanket lien**

Describe the lien
**Consensual lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$17,000,000.00    Unknown

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor   **QHC Facilities, LLC**
Name                                                              Case number *(if known)*

---

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.3 | **Lincoln Savings Bank** | Describe debtor's property that is subject to a lien | $9,200,000.00 | $9,200,000.00 |

Creditor's Name

**Blanket lien on substantially all assets**

**Ankeny Office
Attn: Adam Boeding
1375 SW State St.
Ankeny, IA 50023**

Creditor's mailing address

Describe the lien

**Blanket Lien**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Schoenauer Property Management** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Lease of office space located at 8350 Hickman Rd., Suite 15, Clive, IA 50325**

**8350 Hickman Rd. Suite 201
Clive, IA 50325**

Creditor's mailing address

Describe the lien

**Commercial Real Estate Lease Agreement**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | **$26,201,196.01** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

---

Debtor    **QHC Facilities, LLC**                                    Case number (*if known*)  _____
          _____
          Name

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeff W. Courter, Esq.**<br>**Nyemaster Goode PC**<br>**700 Walnut St. Suite 1600**<br>**Des Moines, IA 50309** | Line __2.3__ | |
| **Roy Leaf, Esq.**<br>**Nyemaster Goode PC**<br>**625 First St. SE, Suite 400**<br>**Cedar Rapids, IA 52401-2030** | Line __2.3__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

| Fill in this information to identify the case: |
|---|
| Debtor name **QHC Facilities, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |
| **2.2** Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**Hoover State Office Building**<br>**PO Box 10471**<br>**Des Moines, IA 50306-0471**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

| Debtor | **QHC Facilities, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iowa Workforce Development
Unemployment Insurance Tax
Bureau
1000 East Grand Ave.
Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,644.67** |
|---|---|---|---|

**ABILITY NETWORK INC.
PO BOX 856015
MINNEAPOLIS, MN 55485-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.52** |
|---|---|---|---|

**AFLAC
ATTENTION: REMIT PROCESS SERV.
1932 Wynnton Rd.
COLUMBUS, GA 31993-0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,809.00** |
|---|---|---|---|

**Assured Partners Insurance
4200 University Ave
West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,058.52** |
|---|---|---|---|

**AUREON TECHNOLOGIY
WYNFIELD BUILDING
7760 Office Plaza Dr. S
WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,354.28** |
|---|---|---|---|

**BCG RESEARCH
2600 72ND STREET
URBANDALE, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **QHC Facilities, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Estate of Gladys Mae VanSickle**
**c/o John T. Hemminger, Esq.**
**2454 SW 9th St.**
**Des Moines, IA 50315**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Compensation for damages stemming from lawsuit**
**filed in Polk County Case No. LACL151446**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.94** |
|---|---|---|---|

**GUARDIAN**
**PO BOX 677458**
**DALLAS, TX 75267-7458**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,168.23** |
|---|---|---|---|

**IPFS CORPORATION**
**24722 NETWORK PLACE**
**CHICAGO, IL 60673-1247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00** |
|---|---|---|---|

**LAMAIR MULOCK CONDON CO.**
**4200 UNIVERSITY AVENUE, SUITE 200**
**WEST DES MOINES, IA 50266-5945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Millenium Rehab & Consulting Group, Inc.**
**c/o Rebecca A. Brommel, Esq.**
**Dorsey & Whitney**
**801 Grand Ave Suite 4100**
**Des Moines, IA 50309**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**PARADIGM BENEFITS**
**300 E BREMER AVE.**
**WAVERLY, IA 50677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.25** |
|---|---|---|---|

**POINTCLICKCARE TECHNOLOGIES INC.**
**PO BOX 674802**
**DETROIT, MI 48267-4802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **QHC Facilities, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,871.16**

**QBE INSURANCE CORP**
**PO BOX 5438**
**NEW YORK, NY 10087-5438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,371.65**

**QUADIENT FINANCE USA INC**
**PO BOX 6813**
**CAROL STREAM, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,885.00**

**THE CE SOLUTIONS GROUP**
**PO BOX 2817**
**WATERLOO, IA 50704-2817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,234.98**

**VALLEY WEST UNIFORMS**
**4100 UNIVERSITY AVE, SUITE 230**
**WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

**WEBSPEC DESIGN**
**5907 MEREDITH DRIVE**
**URBANDALE, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,593.63**

**WELLMARK BC AND BS OF IOWA**
**PO BOX 14456**
**DES MOINES, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,555.00**

**WEST BEND MUTUAL INSURANCE**
**COMPANY**
**BIN 432**
**MILWAUKEE, WI 53288-0432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **QHC Facilities, LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|-----------------------------|-----------------------------|
| 4.1 | **Jeffrey A. Pitman, Esq.**<br>**1110 N. Old World 3rd St.  Suite 320**<br>**Milwaukee, WI 53203** | Line  **3.6** <br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | **+** $ | **169,771.83** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **169,771.83** |

**Fill in this information to identify the case:**

Debtor name **QHC Facilities, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract<br><br>**Lease/Finance Agreement #5922PAK-MXM5071 45 000 BW for Q Copiers** | **Banleaco Equipment Finance c/o American Lease Insurance 654 Amherst Rd. Suite 323 Sunderland, MA 01375** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract<br><br>**Lease of office space located at 8350 Hickman Rd., Suite 15, Clive, IA  50325. Lease termination date is September 30, 2023.** | **Schoenauer Property Management 8350 Hickman Rd. Suite 201 Clive, IA 50325** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract<br><br>**Subscription Service Agreement for a website designed to maintain patient/client records** | **Wescom Solution, Inc. dba Pointclickcare.com 6975 Creditview Rd. Unit 4 Mississauga, Ontario L5N 8E9 CANADA** |

**Fill in this information to identify the case:**

Debtor name    **QHC Facilities, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name    **QHC Facilities, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$539,566.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,230,858.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **QHC Facilities, LLC**                                                                Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Millenium Rehab and Consulting v. QHC Facilities LLC et al** **LACL151779** | **Contract/Debt Collection** | **Polk County Clerk of Court** **RE: LACL151779** **Polk County Courthouse** **500 Mulberry St.** **Des Moines, IA 50309-4238** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Van Sickle et al v. QHC Winterset North LLC et al** **LACL151446** | negligence | **Polk County Clerk of Court** **RE: LACL151446** **Polk County Courthouse** **500 Mulberry St.** **Des Moines, IA 50309-4238** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | QHC Facilities, LLC | Case number *(if known)* | |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradshaw, Fowler, Proctor & Fairgrave PC**<br>**801 Grand Ave Suite 3711**<br>**Des Moines, IA 50309** | | **12/24/2021** | **$77,500.00** |
| | Email or website address<br>**www.bradshawlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | QHC Facilities, LLC | Case number *(if known)* | |
|---|---|---|---|

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**HIPPA-regulated personally identifiable information for employees, patients and residents**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **QHC Facilities, LLC 401(k) Plan** | EIN:  **26-2923180** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Debtor    **QHC Facilities, LLC**                                                    Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Official Form 207                       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                       page 5

| Debtor | **QHC Facilities, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Lincoln Savings Bank**<br>**Ankeny Office**<br>**1375 SW State St.**<br>**Ankeny, IA 50023** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nancy Voyna** | **8350 Hickman Rd. Suite 15**<br>**Des Moines, IA** | **Owner, managing member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

| Debtor | **QHC Facilities, LLC** | Case number *(if known)* |
|---|---|---|

**control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jerry W. Voyna (Deceased) | 8350 Hickman Rd. Suite 15 Clive, IA 50325 | Managing Member now Deceased | June 2008 to date of death 6/10/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **QHC Facilities, LLC** _____      Case number *(if known)* _____

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2021** _____

**/s/ Nancy A. Voyna** _____       **Nancy A. Voyna** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Iowa

In re __QHC Facilities, LLC_____      Case No. _____
                                    Debtor(s)          Chapter __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Nancy Voyna** | | | **All ownership units** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __December 29, 2021_____          Signature  __/s/ Nancy A. Voyna_____
                                                        **Nancy A. Voyna**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Iowa

In re   **QHC Facilities, LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of **3** pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   **December 29, 2021**

**/s/ Nancy A. Voyna**
**Nancy A. Voyna**/Managing Member
Signer/Title

VER_MTRX (Rev. 04/00)

```
ABILITY NETWORK INC.
PO BOX 856015
MINNEAPOLIS, MN 55485-6015

AFLAC
ATTENTION: REMIT PROCESS SERV.
1932 Wynnton Rd.
COLUMBUS, GA 31993-0797

Assured Partners Insurance
4200 University Ave
West Des Moines, IA 50266

AUREON TECHNOLOGIY
WYNFIELD BUILDING
7760 Office Plaza Dr. S
WEST DES MOINES, IA 50266

Banleaco Equipment Finance
c/o American Lease Insurance
654 Amherst Rd. Suite 323
Sunderland, MA 01375

BCG RESEARCH
2600 72ND STREET
URBANDALE, IA 50322

CHRYSLER CAPITAL
PO BOX 660335
DALLAS, TX 75266-0335

Estate of Gladys Mae VanSickle
c/o John T. Hemminger, Esq.
2454 SW 9th St.
Des Moines, IA 50315

GUARDIAN
PO BOX 677458
DALLAS, TX 75267-7458

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319
```

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247

Jeff W. Courter, Esq.
Nyemaster Goode PC
700 Walnut St. Suite 1600
Des Moines, IA 50309

Jeffrey A. Pitman, Esq.
1110 N. Old World 3rd St.  Suite 320
Milwaukee, WI 53203

Kenneth A. Webb Family Trust
C/o Jeff Schneidman, Esq. Trustee
Plattner Schneidman Law Firm
9141 E. Hidden Spur Trail
Scottsdale, AZ 85255

LAMAIR MULOCK CONDON CO.
4200 UNIVERSITY AVENUE, SUITE 200
WEST DES MOINES, IA 50266-5945

Lincoln Savings Bank
Ankeny Office
Attn: Adam Boeding
1375 SW State St.
Ankeny, IA 50023

Millenium Rehab & Consulting Group, Inc.
c/o Rebecca A. Brommel, Esq.
Dorsey & Whitney
801 Grand Ave Suite 4100
Des Moines, IA 50309

PARADIGM BENEFITS
300 E BREMER AVE.
WAVERLY, IA 50677

POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802

QBE INSURANCE CORP
PO BOX 5438
NEW YORK, NY 10087-5438

QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM, IL 60197-6813

Roy Leaf, Esq.
Nyemaster Goode PC
625 First St. SE, Suite 400
Cedar Rapids, IA 52401-2030

Schoenauer Property Management
8350 Hickman Rd. Suite 201
Clive, IA 50325

THE CE SOLUTIONS GROUP
PO BOX 2817
WATERLOO, IA 50704-2817

VALLEY WEST UNIFORMS
4100 UNIVERSITY AVE, SUITE 230
WEST DES MOINES, IA 50266

WEBSPEC DESIGN
5907 MEREDITH DRIVE
URBANDALE, IA 50322

WELLMARK BC AND BS OF IOWA
PO BOX 14456
DES MOINES, IA 50306

Wescom Solution, Inc.
dba Pointclickcare.com
6975 Creditview Rd. Unit 4
Mississauga, Ontario L5N 8E9
CANADA

WEST BEND MUTUAL INSURANCE COMPANY
BIN 432
MILWAUKEE, WI 53288-0432

# United States Bankruptcy Court
## Southern District of Iowa

In re   **QHC Facilities, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **QHC Facilities, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 29, 2021**

Date

**/s/ Jeffrey D. Goetz**

**Jeffrey D. Goetz AT0002832**

Signature of Attorney or Litigant

Counsel for   **QHC Facilities, LLC**

**Bradshaw, Fowler, Proctor & Fairgrave PC**

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-246-5817 Fax:515-246-5808**
**goetz.jeffrey@bradshawlaw.com**