# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No. 21-01643-als11 |
| ) | Affiliated Cases: 21-01644 thru 21-01653 |
| **QHC FACILITIES, LLC.,** ) | |
| ) | Chapter 11 |
| Debtor and Debtor in Possession. ) | |
| ) | Hon. Anita L. Shodeen |
| 8350 Hickman Road Suite 15 ) | |
| Clive, IA 50325 ) | **JOINDER IN SUPPORT OF DEBTORS'** |
| ) | **PRELIMINARY OBJECTION TO UST'S** |
| EIN: 26-2923180 ) | **MOTION FOR THE APPOINTMENT OF** |
| ) | **A CHAPTER 11 TRUSTEE** |
| ) | |
| **AND AFFILIATED CASES** ) | Date: January 13, 2021 |
| ) | Time: 10:30 a.m. |
| ) | Preliminary Zoom Hearing |
| ) | |

    **COMES NOW**, Lincoln Savings Bank ("**LSB**"), by and through its undersigned counsel, and files this *Joinder in Support of Debtors' Preliminary Objection to UST's Motion for the Appointment of a Chapter 11 Trustee* in support of *Debtors' Preliminary Objection to the United States Trustee's Motion for the Appointment of a Chapter 11 Trustee* [Docket No. 44] (the "**Debtors' Objection**"). For the reasons stated in the Debtors' Objection, LSB opposes the United States Trustee's *Motion for the Appointment of a Chapter 11 Trustee* [Docket Item 41]. In particular, the appointment of a chapter 11 trustee would delay the current sale process, impose undue administrative costs to the detriment of stakeholders, and generally jeopardize these chapter 11 cases.

    LSB supports the appointment of Gibbins Advisors and Ronald Winters as the Debtors' Chief Restructuring Officer, particularly given such parties experience and existing knowledge of the Debtors' and their operations.

Dated: January 12, 2022
      Cedar Rapids, Iowa

          */s/ Roy Leaf*
Jeffrey W. Courter, ID # AT0001740
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899
Telephone: (515) 283-8048
Fax: (515) 283-8045
Email:  jwc@nyemaster.com

**-and-**

Roy R. Leaf, ID # AT0014486
NYEMASTER GOODE, P.C.
625 1st St SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Fax: (319) 286-7050
Email:  rleaf@nyemaster.com

**ATTORNEYS FOR LINCOLN SAVINGS BANK**

### CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties involved in the case.

          */s/ Roy Leaf*