# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **QHC FACILITIES, LLC**, et al.,[1] | ) | Case No. 21-01643-als11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED APPOINTMENT OF THE COMMITTEE OF UNSECURED CREDITORS TO ADD MEMBERS

The Acting U.S. Trustee for Region 12 ("UST") hereby amends this previous appointment to add the following members to the Committee of Unsecured Creditors in the above cases:

Creditors:

SolidCare Staffing
Attn: Juliana Enoakpa, Manager
6691 Friendship Path
Bettendorf, IA 52722
Ph: 563-293-5864
info@solidcarestaffing.com
claims: 21-01645 and 21-1648

Abiracare, LLC
Attn: Stanley Mbuh, Operation Manager
6500 University Ave, Suite 198
West Des Moines, IA 50266
Ph: 515-525-3846
info@abiracare.com
claim: 21-1645, 21-1646, 21-1648, 21-1649, and 21-1651

Tri-State Nursing Enterprises
Attn: Bridget Hoefling, Owner
3100 S. Lakeport St.
Sioux City, IA 51106
Ph: 712-277-4443
hoeflingb@tristatenursing.com
claim: 21-1648

Progress Healthcare Staffing
Attn: Michelle Brown
7300 Westown Pkwy, Suite 120
West Des Moines, IA 50266
Ph: 515-441-5937
michelle@progresshealthcarestaffing.com
claim: 21-1648

---

[1] The Jointly Administered Debtors in this proceeding are *In re QHC Management, LLC* (Case No. 21-01644-als11); *In re QHC Mitchellville, LLC* (Case No. 21-01645-als11); *In re QHC Winterset North, LLC* (Case No. 21-01646-als11); *In re QHC Madison Square, LLC* (Case No. 21-01647-als11); *In re QHC Fort Dodge Villa, LLC* (Case NO. 21-01648-als11); *In re QHC Crestridge, LLC* (Case No. 21-01649-als11); *In re QHC Crestview Acres, Inc.* (Case No. 21-01650-als11); *In re QHC Humboldt North, LLC* (Case No. 21-01651-als11); *In re QHC Humboldt South, LLC* (Case No. 21-01652-als11); *In re QHC Villa Cottages, LLC* (Case No. 21-01653-als11).

1

Estate of Ellen McCullough, Executor Gayle Lemmon
Attn: Benjamin P. Long, counsel
425 Second St. SE, Suite 1140
Cedar Rapids, IA 52401
Ph: 319-365-9200
blong@fightingforfairness.com
claim: 21-1644 and 21-1652

      The UST continues to reserve the right to add, or remove, committee members so as to make the committee more representative of creditor interests.

Dated: January 24, 2022　　　　　　　　　　　　**James L. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　Region 12

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ L. Ashley Wieck
　　　　　　　　　　　　　　　　　　　　　　　**L. Ashley Wieck**
　　　　　　　　　　　　　　　　　　　　　　　ID # IS9998256
　　　　　　　　　　　　　　　　　　　　　　　Federal Building, Room 793
　　　　　　　　　　　　　　　　　　　　　　　210 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2108
　　　　　　　　　　　　　　　　　　　　　　　Ph: (515) 323-2269
　　　　　　　　　　　　　　　　　　　　　　　Ashley.Wieck@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated January 24, 2022.

Parties receiving hand or mailed service:

By:/s/Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office