**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) ) ) QHC FACILITIES, LLC ) ) ) ) Debtor. ) ) | CHAPTER 7 <br><br> Case No. 21-01643-als11 <br><br> **APPEARANCE AND REQUEST FOR NOTICE** |

COMES NOW Heidman Law Firm, PLLC, and pursuant to the Federal Rules of Bankruptcy Procedure § 9010, hereby enters its Appearance through Attorney Jessica A. Board on behalf of Tri-State Nursing Enterprises, Inc., creditor, and requests that all papers served or required to be served in this case be given to or served upon the undersigned and further requests that the undersigned be included in the mailing matrix for this proceeding.

Respectfully submitted this 10th day of February, 2022.

          HEIDMAN LAW FIRM, P.L.L.C.,

          By:   /s/ Jessica A. Board
                   JESSICA A. BOARD, AT0012404
                   1128 Historic Fourth Street
                   P. O. Box 3086
                   Sioux City, Iowa  51102
                   Telephone:  (712) 255-8838
                   Facsimile:  (712) 258-6714
                   Jessica.Board@heidmanlaw.com

          ATTORNEYS FOR TRI-STATE NURSING
          ENTERPRISES, INC.

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by electronically filing with the Clerk of Court through the Court's CM/ECF system which will send notification of such filing to all parties who have requested or are entitled to such electronic notice on February 10, 2022.

                                                           /s/ Jessica Board