IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 21-01643-als11 |
| QHC FACILITIES, LLC et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**REQUEST FOR NOTICE AND APPEARANCE OF COUNSEL**

**COMES NOW** PM Acquisition, LC d/b/a Pharmacy Matters d/b/a NuCara Pharmacy LTC #4 ("**Pharmacy Matters**") and by its attorney listed below, pursuant to Bankruptcy Rule 2002(g), requests as holder of certain claims in these proceedings, that any notice which is required to be sent to creditors, whether secured or unsecured, under Bankruptcy Rule 2002 or otherwise, be directed to its counsel as indicated below:

> G. Mark Rice, Esq.
> WHITFIELD & EDDY, P.L.C.
> 699 Walnut Street, Suite 2000
> Des Moines, IA  50309
> rice@whitfieldlaw.com

Pharmacy Matters further requests that the name and address of its counsel be inserted upon the mailing matrix in this proceeding.  Further, counsel enters his Appearance in this matter on behalf of Pharmacy Matters.

DATED this 2nd day of March, 2022.

**WHITFIELD & EDDY, P.L.C.**

By:   */s/ G. Mark Rice*
G. Mark Rice
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Phone: (515) 288-6041
Facsimile: (515) 246-1474
E-mail: rice@whitfieldlaw.com
ATTORNEYS FOR PM ACQUISITION, LC d/b/a
PHARMACY MATTERS d/b/a NuCARA
PHARMACY LTC #4

2

## CERTIFICATE OF SERVICE

The foregoing document was served electronically upon all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/ G. Mark Rice*
_____