# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **QHC Facilities, LLC et al.,**[1] | Case No. 21-01643-als11 |
| Debtors. | Jointly Administered |
| | Hon. Anita L. Shodeen |
| | **DEBTORS' WITNESS & EXHIBIT LIST** |
| | Hearing: March 11, 2022 |
| | Time: 9:30 a.m. CST |
| | Courtroom 1 |

QHC Facilities, LLC, and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "QHC"), by and through their General Reorganization Counsel, Jeffrey D. Goetz, Esq., and Krystal R. Mikkilineni, Esq., of the law firm Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully submits this Witness & Exhibit List for the Friday, March 11, 2022, Sale Hearing:

## WITNESSES

1. Mills Poynor, Newmark

2. Ronald Winters, Gibbins Advisors

3. Mark Tress, Cedar Healthgroup LLC, Member

QHC reserves the right to call any one or all witnesses. QHC reserves the right to call witnesses listed by any objector.

---

[1] The Jointly Administered Debtors in this proceeding are *In re QHC Management, LLC* (Case No. 21-01644-als11), *In re QHC Mitchellville, LLC* (Case No. 21-01645-als11), *In re QHC Winterset North, LLC* (Case No. 21-01646-als11), *In re QHC Madison Square, LLC* (Case No. 21-01647-als11), *In re QHC Fort Dodge Villa, LLC* (Case No. 21-01648-als11), *In re Crestridge, Inc.* (Case No. 21-01649-als11), *In re Crestview Acres, Inc.* (Case No. 21-01650-als11), *In re QHC Humboldt North, LLC* (Case No. 21-01651-als11), *In re QHC Humboldt South, LLC* (Case No. 21-01652-als11) and *In re QHC Villa Cottages, LLC* (Case No. 21-01653-als11).

# EXHIBITS

| Exhibit# | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Direct Outreach Summary | | |
| 2 | Confidential Information Memorandum | | |
| 3 | Virtual Data Room | | |
| 4 | Auction Bidding Summary | | |
| 5 | Budget | | |
| 6 | Docket No. 117 – Debtor's Motion for Orders (I)(A) Approving Bidding Procedures; (B) Scheduling the Time Day and Form of Notice for the Auction and Sale Hearing, Approving Break-up Fee and (II)(A) Approving the Sale Free and Clear of Liens, Claims, Interests, & Encumbrances; and (B) Authorizing Assumption and Assignment or Rejection of Leases and Executory Contracts | | |
| 7 | QHC Bidding Procedures | | |
| 8 | Docket No. 164 – Bidding Procedures Order | | |
| 9 | Cedar Healthgroup LLC—Asset Purchase Agreement and Disclosure Schedules | | |
| 10. | Cedar Healthgroup LLC—Management Agreement | | |
| 11. | Blue Diamond Equities LLC—Asset Purchase Agreement and Disclosure Schedules | | |
| 12. | Blue Diamond LLC Management Agreement | | |

QHC reserves the right to introduce any exhibits from exhibits listed by any objector or creditor.

Dated: 3/9/2022

Respectfully submitted,

/s/ Tirzah R. Roussell
Jeffrey D. Goetz, Esq., AT0002832
Krystal R. Mikkilineni, Esq., AT0011814
Tirzah R. Roussell, Esq. AT0014113
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5880
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com
mikkilineni.krystal@bradshawlaw.com

General Reorganization Counsel

3

for Debtors and Debtors in Possession

CERTIFICATE OF SERVICE: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/ Tirzah Roussell