**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

QHC Facilities, LLC,　　　　　　　　　　　　　　　　　　　　Case No. 21−01643−als11

　　　　　　　　　Debtor(s)

March 11, 2022 Courtroom Hearing on:

**Motion to Sell Free & Clear Pursuant to Section 363(f) (#117) and Objection (#202), Objection (#210)**

Appearances were noted on the record.

Witnesses: Mills Poynor and Ronald Winters
Exhibits: Debtors 1-13

**ORDER**
(date entered on docket: March 11, 2022 )

**It is hereby ORDERED that:**

　　A proposed sale order shall be submitted to the court no later than March 16, 2022 at 12:00 p.m. prevailing central standard time

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anita L. Shodeen

　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒　Electronic Filers in this Chapter Case