IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| IN RE:<br><br>QHC FACILITIES, LLC, et al.,<br><br>Debtor. | Chapter 11 Bankruptcy<br>Case No. 21-01643<br><br>**EXHIBIT AND WITNESS LIST**<br><br>HEARING DATE: April 8, 2022 |
|---|---|

Party's Name: Cedar Healthgroup, LLC

Party's Attorney: Eric W. Lam and Abram V. Carls

Cedar Healthgroup, LLC files and serves this list to comply with the Court's Order setting hearing and directing exhibit and witness list filing and exchange. By filing and serving this list and exhibits, Cedar Healthgroup, LLC does not waive and instead does reserve and preserve any and all argument, theory, right, etc. to which it is entitled.

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| CEDAR-A | Asset Purchase Agreement | | | | | | |
| CEDAR-B1 | Pugatch email to Mikkilineni and Goetz 04/01/22 with executed management agreements | | | | | | |
| CEDAR-B2 | Copies of all executed management agreements | | | | | | |
| CEDAR-C | 3/17/22 Order authorizing sale Docket 217 | | | | | | |
| CEDAR-D | Mikkilineni Email to Karsch and Winters 3/23/22 | | | | | | |

## WITNESS LIST

1. The witness has a prior commitment that was established two months ago and the witness cannot travel in time to attend the April 8, 2022 hearing.

/s/ *Eric W. Lam*
Eric W. Lam, AT0004416
Abram V. Carls, AT0011818
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
acarls@spmblaw.com
ATTORNEYS FOR CEDAR HEALTHGROUP, LLC

Original w/out exhibits: Electronically Filed

### Certificate of Service

The undersigned certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was e-mailed **with Exhibits** on this 4th day of April, 2022, to the parties displayed on the Service List below.

Court Chambers iasb_als_exhibits@iasb.uscourts.gov
Jeffrey D. Goetz goetz.jeffrey@bradshawlaw.com
Krystal R. Mikkilineni mikkilineni.krystal@bradshawlaw.com
Tirzah R. Roussell roussel.tirzah@bradshawlaw.com
L. Ashley Wieck, U.S. Trustee, Ashley.wieck@usdoj.gov
Robert C. Gainer rgainer@cutlerfirm.com
Francis Lawall francis.lawall@troutman.com
Krissa Mason, Iowa Dept of Human Services, Iowa Attorney General krissa.mason@ag.iowa.gov
John Whiteman, Iowa Attorney General john.whiteman@ag.iowa.gov
Marissa Embola, U.S. Dept. of Justice marissa.embola@usdoj.gov
Craig Peyton Gaumer, U.S. Dept. of Justice usaias.nefbankruptcy@usdoj.gov
Seth Brandon Shapiro, U.S. Dept. of Justice seth.shapiro@usdoj.gov
Jeffrey W. Courter jwc@nyemaster.com
Terry L. Gibson tgibson@2501grand.com

/s/ Kelly Carmichael