**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In re:

QHC Facilities, et al.,[1]
    Debtors.
_____/

Chapter 11
Case No.  21-01643-als11
Jointly Administered

**August 23, 2022, ZOOM STATUS CONFERENCE on:**

**Notice Regarding Cure Amounts (#180, as Amended @ #189 and #206) and Objection (#366);
Motion for Relief from Stay (#265) and Objection (#278); Motion for Summary
Judgment (#322), Objections (#364, #367, #376), Joinder (#365) and Response (#375)**

Appearances were noted on the record.

**ORDER**
(Date entered on the docket:  August 24, 2022)

Based upon the discussion conducted on the record the Court is informed that:

1. An amendment to the Motion to Sell Free and Clear and the Asset Purchase Agreement will be filed in this case.

2. The parties continue to pursue negotiations to settle the objections pending to the assumption or rejection of executory contracts involving the government.

3. The contested Motion for Relief from Stay has been resolved.

**IT IS HEREBY ORDERED:**

1. Upon filing of the amendment to the Motion to Sell a notice of hearing will be docketed.  Presuming the amendment is filed and served on or before September 9, 2022, the tentative deadline for objections is September 23, 2022, and tentative hearing on any objections will be scheduled for October 13-14, 2022.

---

[1] The Jointly Administered Debtors in this proceeding are *In re QHC Management, LLC* (Case No. 21-01644-als11), *In re QHC Mitchellville, LLC* (Case No. 21-01645-als11), *In re QHC Winterset North, LLC* (Case No. 21-01646-als11), *In re QHC Madison Square, LLC* (Case No. 21-01647-als11), *In re QHC Fort Dodge Villa, LLC* (Case No. 21-01648-als11),  *In re QHC Crestridge, LLC* (Case No. 21-01649-als11), *In re QHC Crestview Acres Inc.* (Case No. 21-01650-als11), *In re QHC Humboldt North, LLC* (Case No. 21-01651-als11), *In re QHC Humboldt South, LLC* (Case No. 21-01652-als11) and *In re QHC Villa Cottages, LLC* (Case No. 21-01653-als11).

2. Further hearing related to the contested Motions for Summary Judgment are deferred.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: