**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In re:

QHC Facilities, et al.,[1]
    Debtors.
_____/

Chapter 11
Case No.  21-01643-als11
Jointly Administered

September 14, 2022, ZOOM HEARING on:
**STATUS CONFERENCE VIA ZOOM Re: Amendment to Debtors' Sale Motion (#419)
And
Stipulation and Agreed Order Re: United States Administrative Expense Claim
Pursuant to Bankruptcy Code Section 503 (#418)**

Appearances were noted on the record.

**ORDER**
(Date entered on docket: September 14, 2022)

Based upon a review of the pending Motion and Stipulation, the current docket and relevant pleadings, **it is hereby ORDERED**:

1. The Amendment to Debtors' Sale Motion is deemed moot.

2. Not later than September 23, 2022, Debtors shall file a new Motion to Sell pursuant to 11 U.S.C. §363(f) which shall include the original Asset Purchase Agreement with Blue Diamond and the proposed revisions related to the current negotiated sale.

3. Upon receipt of the Motion to Sell, a Notice of Hearing (NOH) will be docketed and served by the Court as required by the Code and Rules.  The hearing on all issues pending under the new Motion to Sell, including the executory contracts involving the Department of Health and Human Services related to Medicare payments will be conducted on October 13, 2022.

4. That NOH will establish a deadline for objections related to the identified matters and provide information to obtain a copy of the Motion to Sell and attached documents by any party not receiving electronic notice.

---

[1] The Jointly Administered Debtors in this proceeding are *In re QHC Management, LLC* (Case No. 21-01644-als11), *In re QHC Mitchellville, LLC* (Case No. 21-01645-als11), *In re QHC Winterset North, LLC* (Case No. 21-01646-als11), *In re QHC Madison Square, LLC* (Case No. 21-01647-als11), *In re QHC Fort Dodge Villa, LLC* (Case No. 21-01648-als11),  *In re QHC Crestridge, LLC* (Case No. 21-01649-als11), *In re QHC Crestview Acres Inc.* (Case No. 21-01650-als11), *In re QHC Humboldt North, LLC* (Case No. 21-01651-als11), *In re QHC Humboldt South, LLC* (Case No. 21-01652-als11) and *In re QHC Villa Cottages, LLC* (Case No. 21-01653-als11).

5. Posting information about the sale in each facility is sufficient service upon the residents.

6. The stipulation between the Debtor(s) and the United States filed at ECF 418 is deemed moot without prejudice to designation of a new deadline for administrative claims to be filed.

7. Today's record constitutes the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: