# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In re:

QHC Facilities, et al.,[1]
    Debtors.
_____/

Chapter 11
Case No. 21-01643-als11
Jointly Administered

## ORDER
(date entered on docket: November 8, 2022)

Having reviewed the docket and filed documents the Court hereby FINDS that a status conference is necessary to determine what pleading is at issue in the pending Motion for Summary Judgment and the process under which this matter is being presented for determination.

**IT IS HEREBY ORDERED:**

1. The oral arguments on the Motion for Summary Judgment and objections thereto scheduled for November 10, 2022, is canceled.

2. In lieu of conducting the oral arguments on the pending Motion for Summary Judgment, a status conference will be conducted via Zoom on November 10, 2022, at 9:30 a.m.

3. The log-in information for the Zoom conference will be emailed to the parties.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others:

---

[1] The Jointly Administered Debtors in this proceeding are *In re QHC Management, LLC* (Case No. 21-01644-als11), *In re QHC Mitchellville, LLC* (Case No. 21-01645-als11), *In re QHC Winterset North, LLC* (Case No. 21-01646-als11), *In re QHC Madison Square, LLC* (Case No. 21-01647-als11), *In re QHC Fort Dodge Villa, LLC* (Case No. 21-01648-als11), *In re QHC Crestridge, LLC* (Case No. 21-01649-als11), *In re QHC Crestview Acres Inc.* (Case No. 21-01650-als11), *In re QHC Humboldt North, LLC* (Case No. 21-01651-als11), *In re QHC Humboldt South, LLC* (Case No. 21-01652-als11) and *In re QHC Villa Cottages, LLC* (Case No. 21-01653-als11).